IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-00357-FL-1

**United States of America**,

v.

**James Melvin, II**,

         Defendant.

**Notice of Hearing**

    The court will hold a hearing on Defendant's Motion to Suppress (D.E. 33) on Wednesday, January 30, 2019 at 10:00 a.m. in the Fifth Floor Courtroom of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue, Raleigh, North Carolina.

    The United States Marshals Service shall make arrangements to secure the attendance of the Defendant at the hearing.

Dated: December 18, 2018

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge