THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:17- CR-00357-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER** |
| | ) | |
| JAMES MELVIN II | ) | |

This matter is before the Court on the Defendant's Motion to Allow the Defendant to be temporarily furloughed from the custody of the U.S. Marshals Service and the Albemarle District Jail to attend funeral services for Defendant's grandmother. Upon good cause shown, and over the objection of the Government, it is hereby ORDERED that the Defendant be released from custody between the hours of 8:00 a.m. and 10:00 p.m. on Thursday, July 25, 2019. Defendant shall be transported to and from the funeral services in Red Springs, NC, by his mother, Alice Clay, and shall return to the Albemarle District Jail no later than 10:00 p.m. on Thursday, July 25, 2019.

SO ORDERED.

 This 23rd day of July 2019

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE